IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

ANNA M. FOCKLER, )
  )
　Plaintiff, )
  )
v. ) 1:10-0086
  )
MICHAEL J. ASTRUE, Commissioner of )
Social Security, )
  )
　Defendant. )

## O R D E R

Before the Court is Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act, Document #13. Subsequent to the Plaintiff's filing of this Motion, the parties submitted a Joint Motion For An Award of Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412, Document #19. The Joint Motion indicates that the parties have reached an appropriate settlement for attorney fees and costs in the amount of $5,350.00, and said Motion, Document #19, is **GRANTED**.

Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(c) and (d), Plaintiff is awarded $5,000.00 (five thousand and 00/100) in attorney fees and $350.00 (three hundred fifty and 00/100) in costs to be paid to UAW-GM Legal Services Plan if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such debt, any fee remaining after offset will be payable to Plaintiff and delivered to UAW-GM Legal Services Plan. Plaintiff's Motion for Attorney Fees, Document #13, is **DENIED** as moot.

**IT IS SO ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge